■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN ROSADO, Appellant. [993 NYS2d 495]—Judgment, Supreme Court, New York County (Ronald A. Zweibel, J.), rendered January 10, 2013, convicting defendant, upon his plea of guilty, of attempted robbery in the second degree, and sentencing him to a term of two years, with three years' postrelease supervision, unanimously affirmed.

We conclude that the court did not abuse its discretion in denying defendant's request for youthful offender treatment. We also perceive no reason to reduce the term of postrelease supervision. Concur—Gonzalez, P.J., Saxe, DeGrasse, Richter and Clark, JJ.